## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JUAN DAVID RAYMUNDO-
RAXTUN, A# 246 825 971,

        Petitioner,

        v.

JOHN RIFE, ICE Deputy Field
Office Director, et al.,

        Respondents.

CIVIL ACTION NO. 3:26-cv-00779

(SAPORITO, J.)

### ORDER

AND NOW, this _10th_ day of July, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) is **GRANTED**;

2. The government shall **immediately release** Raymundo-Raxtun under bond of **$5,000**, pursuant to 8 U.S.C. § 1226(a);

3. The respondent shall file a written notice of Raymundo-Raxtun's release from custody **within three (3) days** after such release;

4. In the interim, the respondent shall file a written status report with respect to Raymundo-Raxtun's custody status **every seven (7) days** after entry of this order, until Raymundo-Raxtun's actual release from custody;

- 2 -

5.    The petitioner's motion to expedite (Doc. 10) is **DENIED as moot**; and

6.    The clerk is directed to mark this case as **CLOSED**.


JOSEPH F. SAPORITO, JR.
United States District Judge

- 2 -